IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>                Plaintiff,<br><br>    vs.<br><br>BRAD JOHNSON, Director (Classification Member); ANGELA O'BRYAN, Correctional Officer (Classification Member); and UNKNOWN CLASSIFICATION MEMBERS, Correctional Officers;<br><br>                Defendants. | **4:22CV3175**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis ("IFP") dated August 17, 2022, and filed on August 22, 2022, in which Plaintiff states he is incarcerated in the Lancaster County Department of Corrections. Filing No. 2. On August 26, 2022, the Clerk of the Court received correspondence from the Lancaster County Department of Corrections indicating Plaintiff is no longer incarcerated there. *See* Filing No. 159, Case No. 4:21CV3031; Filing No. 10, Case No. 4:22CV3106; Filing No. 8, Case No. 4:22CV3146. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

      Also, because Plaintiff is no longer in custody, he must now file a new application for leave to proceed in forma pauperis if he wishes to pursue this case in forma pauperis. Plaintiff may, in the alternative, pay the Court's $402.00 filing and

administrative fees. Plaintiff's pending motion to proceed IFP, Filing No. 2, is denied without prejudice to reassertion.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. Plaintiff must also either file a new request for leave to proceed in forma pauperis or pay the Court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

3. The Clerk of the Court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

4. Plaintiff's Motion for Leave to Proceed IFP, Filing No. 2, is denied without prejudice to reassertion.

5. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **September 28, 2022**: deadline to update address and file new IFP motion or pay filing fee.

Dated this 29th day of August, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge